No. 506. MOSHER v. HUNTER, WARDEN. January 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *John Mosher, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 604. WITHEY v. ILLINOIS;
No. 744. RUZON v. RAGEN, WARDEN;
No. 768. ILLINOIS EX REL. HOWLERY v. RAGEN, WARDEN;
No. 770. CULLOTTA v. RAGEN, WARDEN; and
No. 771. DIEKELMANN v. ILLINOIS. January 15, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied. *Forrest Withey, pro se. Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent in No. 604.

No. —. BROWN v. RAGEN, WARDEN. January 29, 1945. The petition for writ of certiorari is denied.